1  **KNIGHT LAW GROUP LLP**
2  Steve Mikhov (SBN 224676)
   stevemusfc@knightlaw.com
3  10250 Constellation Blvd., Suite 2500
4  Los Angeles, CA 90067
   Telephone: (310) 552-2250
5  Fax: (310) 552-7973

6
   Attorney for Plaintiffs,
7  **MARIBEL GONZALEZ and**
   **ALFREDO PALACIOS**
8

9  **ONGARO PC**
   Scott S. Shepardson (SBN 197449)
10 sshepardson@ongaropc.com
11 Stephen Grimsrud (SBN 200153)
   sgrimsrud@ongaropc.com
12 1604 Union Street
13 San Francisco, CA 94123
   Telephone: (415) 433-3900
14 Attorneys for Defendant,
15 **FCA US LLC**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MARIBEL GONZALEZ and ALFREDO PALACIOS,<br><br>        Plaintiffs,<br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO : 2:17-cv-02302-MRW<br><br>**ORDER GRANTING JOINT JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Judge Michael R. Wilner |
|---|---|

-1-
[PROPOSED ORDER] GRANTING JOINT STIPULLATION AND ORDER FOR
DISMISSAL WITH PREJUDICE

**ORDER**

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: July 15, 2020

_____
HONORABLE JUDGE MICHAEL R. WILNER